**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-02672 |
| EARL MOORE | ORDER OF TEMPORARY DETENTION |
| | PENDING HEARING PURSUANT |
| DEFENDANT(S). | TO BAIL REFORM ACT |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, May 7</u>, <u>2025</u>, at <u>10:30</u> ☒a.m. / ☐p.m. before the Honorable <u>Stephanie S. Christensen</u>, in Courtroom <u>790</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>May 5, 2025</u>

Hon. Stephanie S. Christensen
U.S. Magistrate Judge